# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA
v.

**CHARLES A. NICHOLS**

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:08mj373/MD

**waived**
Defendant's Attorney

☐ **THE DEFENDANT** pled guilty to count(s) One of the Information

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| F.S.S. 322.34(2) and 18 U.S.C. §§ 7 & 13 | Driving While License Suspended With Knowledge | 10/17/08 | One |

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fine/SMA shall be paid no later than January 21, 2009.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 10.00 | $ 350.00 | $ 0.00 |

Date of Imposition of Sentence - 12/17/08

*/s/ Miles Davis*
Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: 12-18-2008